1   TERRY E. SANCHEZ (State Bar No. 101318)
    *Terry.Sanchez@mto.com*
2   MUNGER, TOLLES & OLSON LLP
    355 South Grand Ave.
3   Thirty-Fifth Floor
    Los Angeles, CA 90071
4   Telephone:      (213) 683-9100
    Facsimile:      (213) 687-3702
5

6   MALCOLM A. HEINICKE (State Bar No. 194174)
    *Malcolm.Heinicke@mto.com*
    MUNGER, TOLLES & OLSON LLP
7   560 Mission Street, Twenty-Seventh Floor
    San Francisco, CA  94105-2907
8   Telephone:      (415) 512-4000
    Facsimile:      (415) 512-4077
9

10  Attorneys for Defendants MERRILL LYNCH, PIERCE,
    FENNER & SMITH INCORPORATED and BANK OF
    AMERICA CORPORATION
11

12  MARY PATRICIA HOUGH  (State Bar No. 104542)
    *MARYPAT@MHLEGAL.NET*
13  MOSS & HOUGH
    1388 Sutter Street, Suite 1210
14  San Francisco, CA  94109
    Telephone:      (415) 399-1110
15  Facsimile:      (415) 399-1552

16  Attorneys for Plaintiff
    ROCHELLE LEININGER
17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21  ROCHELLE LEININGER,                CASE NO.  CV-11-2623 LB

22              Plaintiff,             [PROPOSED] ORDER TO STAY CASE
                                       AND SUBMIT CLAIMS TO
23        vs.                          ARBITRATION

24  MERRILL LYNCH, PIERCE, FENNER &
    SMITH, INCORPORATED; BANK OF
25  AMERICA CORPORATION, and DOES
    1-20, inclusive,                   Judge:     Honorable Laurel Beeler
26                                     Place:     Dept. 4
                Defendants.
27                                     Complaint Filed:  June 1, 2011

28

Plaintiff Rochelle Leininger ("Plaintiff"), by and through her attorneys of record and Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America Corporation ("Defendants"), by and through their attorneys of record, entered into the following stipulation:

## STIPULATION

1.      The Parties agree to stay the proceedings in this action until the conclusion of the arbitration and to submit Plaintiff's claims as set forth in the Complaint to arbitration before the Financial Industry Regulatory Authority pursuant to its Code of Arbitration Procedure for Industry Disputes (the "FINRA Code").  Plaintiff shall so submit her claims within ninety (90) days from the date of the execution of this Stipulation.

2.      Defendants agree that any applicable statutes of limitation for Plaintiff's claims set forth in the Complaint have been tolled since June 1, 2011, the date the Complaint was filed and will remain tolled for ninety (90) days from the date of the execution of this stipulation.

3.      The parties agree that the Plaintiff may bring all of her claims in FINRA's arbitration forum and that the Complaint shall be deemed to be Plaintiff's Statement of Claim, subject to her right to amend under the FINRA Code, in arbitration once she has submitted it to FINRA.

4.      Defendants agree that they will pay the arbitration unique costs of the FINRA arbitration, pursuant to state law.

5.      The hearing on Defendants' Motion to Compel Arbitration and Stay Litigation noticed for hearing on August 11 is vacated along with all other dates set in this matter.

**IT IS SO ORDERED.**
The parties shall submit a joint status statement no later than February 1, 2012.

DATED:  July 27, 2011

BY: _____

The Honorable Laurel Beeler
United States District Magistrate Judge
Northern District of California

Judge Laurel Beeler

[PROPOSED] ORDER TO STAY CASE
AND SUBMIT CLAIMS TO ARBITRATION
CASE NO.: CV-11-2623 LB

14524076.2