| | |
|---|---|
| 1 | MARY PATRICIA HOUGH (State Bar No. 104542) |
|   | *Marypat@mhlegal.net* |
| 2 | MOSS & HOUGH |
|   | 1388 Sutter Street, Suite 1210 |
| 3 | San Francisco, CA 94109 |
|   | Telephone: (415) 399-1110 |
| 4 | Facsimile: (415) 399-1552 |
| 5 | Attorneys for Plaintiff |
|   | ROCHELLE LEININGER |
| 6 | |
| 7 | TERRY E. SANCHEZ (State Bar No. 101318) |
|   | *Terry.Sanchez@mto.com* |
|   | MUNGER, TOLLES & OLSON LLP |
| 8 | 355 South Grand Ave. |
|   | Thirty-Fifth Floor |
| 9 | Los Angeles, CA 90071 |
|   | Telephone: (213) 683-9100 |
| 10 | Facsimile: (213) 687-3702 |
| 11 | MALCOLM A. HEINICKE (State Bar No. 194174) |
|    | *Malcolm.Heinicke@mto.com* |
| 12 | MUNGER, TOLLES & OLSON LLP |
|    | 560 Mission Street, Twenty-Seventh Floor |
| 13 | San Francisco, CA 94105-2907 |
|    | Telephone: (415) 512-4000 |
| 14 | Facsimile: (415) 512-4077 |
| 15 | Attorneys for Defendants MERRILL LYNCH, PIERCE, |
|    | FENNER & SMITH INCORPORATED and BANK OF |
| 16 | AMERICA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROCHELLE LEININGER, | | CASE NO. CV-11-2623 LB |
| Plaintiff, | | |
| vs. | | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; BANK OF AMERICA CORPORATION, and DOES 1-20, inclusive, | | |
| Defendants. | | |

1     WHEREAS, Plaintiff Rochelle Leininger and Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. filed a Request For Dismissal With Prejudice;

    WHEREAS, in the Request for Dismissal With Prejudice, the parties requested that this matter be dismissed, effective as of the date of the filing of the Request, with prejudice and with each party bearing its own attorneys' fees and costs; and

    WHEREAS, the parties have agreed that no party is a prevailing party.

    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT this matter is DISMISSED in its entirety with prejudice, with each party bearing its own attorneys' fees and costs, effective December 28, 2011. No party is a prevailing party for any purpose.

DATED: January 4, 2012

_____
The Honorable Laurel Beeler
United States District Judge

16006745.1

[PROPOSED] ORDER DISMISSING ACTION
WITH PREJUDICE
CASE NO.: CV-11-2623 LB

- 1 -