MARY PATRICIA HOUGH  (State Bar No. 104542)
*Marypat@mhlegal.net*
MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA  94109
Telephone:	(415) 399-1110
Facsimile:	(415) 399-1552

Attorneys for Plaintiff
ROCHELLE LEININGER

TERRY E. SANCHEZ (State Bar No. 101318)
*Terry.Sanchez@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
Thirty-Fifth Floor
Los Angeles, CA 90071
Telephone:	(213) 683-9100
Facsimile:	(213) 687-3702

MALCOLM A. HEINICKE (State Bar No. 194174)
*Malcolm.Heinicke@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:	(415) 512-4000
Facsimile:	(415) 512-4077

Attorneys for Defendants MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE LEININGER,<br><br>          Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; BANK OF AMERICA CORPORATION, and DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO.  CV-11-2623 LB<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE** |

1  WHEREAS, Plaintiff Rochelle Leininger and Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. filed a Request For Dismissal With Prejudice;

2  WHEREAS, in the Request for Dismissal With Prejudice, the parties requested that this matter be dismissed, effective as of the date of the filing of the Request, with prejudice and with each party bearing its own attorneys' fees and costs; and

3  WHEREAS, the parties have agreed that no party is a prevailing party.

4  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT this matter is DISMISSED in its entirety with prejudice, with each party bearing its own attorneys' fees and costs, effective December 28, 2011. No party is a prevailing party for any purpose.

DATED: January 4, 2012

_____
The Honorable Laurel Beeler
United States District Judge

16006745.1